IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KASINE GEORGE, :
:
    Plaintiff :
:
    v. : CIVIL NO. 3:CV-14-25
:
PENNSYLVANIA BOARD OF : (Judge Brann)
PROBATION AND PAROLE, :
:
    Defendant :

---

### **ORDER**

April 24, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Plaintiff's civil rights Complaint is **DISMISSED WITHOUT PREJUDICE**.

    2.    If he so chooses, George may challenge attack the fact or duration of his ongoing Pennsylvania state confinement via submission of a federal habeas corpus petition.

    3.    If George wants to pursue civil rights claims under Wilkinson v. Dotson, 544 U.S. 74 (2005), he may file

a motion for reconsideration within fourteen (14) days of the date of this Memorandum and Order.  Any reconsideration motion should be accompanied by a proposed amended complaint which clearly sets forth the factual basis underlying his claims.

4. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge